14407.002-A110
**PETER A. DAVIDSON, SBN 76194**
**MOLDO DAVIDSON FRAIOLI**
**SEROR & SESTANOVICH LLP**
**2029 CENTURY PARK EAST, 21ST FLOOR**
**LOS ANGELES, CALIFORNIA 90067**
**Tel:  310\ 551-3100**
**Fax: 310\ 551-0238**
**pdavidson@mdfslaw.com**

**Attorneys for Edythe L. Bronston**
**Receiver**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE L. BRONSTON, RECEIVER FOR J.W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAMRAN RAZAGHI,<br><br>Defendant. | CASE NO.: 8:07-cv-00950-FMC-FFMx<br><br>**JUDGMENT**<br><br>DATE:  September 29, 2008<br>TIME:   10:00 a.m.<br>CTRM.:  750 |

The Motion of Edythe L. Bronston, Receiver for J.W. James & Associates and related entities, for Summary Judgment on the Receiver's First Claim for Relief, or in the alternative, Summary Adjudication of Issues, came on for hearing, having been duly noticed, on September 29, 2008 at 10:00 a.m. before the Honorable Florence-Marie Cooper, United States District Court Judge.  The Court having granted the Receiver's Motion for Summary Judgment,

IT IS HEREBY ORDERED AND ADJUDGED:

1.     Judgment in this case is granted in favor of Plaintiff, Edythe L. Bronston, Receiver for J.W. James & Associates, et al., and against Defendant, Kamran Razaghi,

1   as follows:

2         (a)   Defendant, Kamran Razaghi, shall pay Plaintiff, Edythe L.

3   Bronston, Receiver for J.W. James & Associates et al., $270,844.34 plus prejudgment

4   interest of $33,601.43.  Plaintiff is awarded costs of suit.

7   DATED:  September 25, 2008   _____

                                       The Honorable Florence-Marie Cooper
                                       United States District Court Judge

10   //

11   //

12   //

14   //

15   //

16   //

18   //